UNITED STATES DISTRICT COURT
~~EASTERN~~ SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

SHIRLEY JOHN, individually, and on behalf of all others similarly situated,

                            Plaintiff,

    vs.                                                Case No. 12-cv-4842 (VB)

B&G MEDICAL MANAGEMENT, INC. d/b/a INTEGRATED MEDICAL CARE, MARC PRICE and MICHELLE PRICE,

                            Defendants.

------------------------------------------------------------X

## STIPULATION OF DISMISSAL WITH PREJUDICE

        IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and the Defendants that, the Settlement Agreement in this matter having been reviewed by the Court and found to be fair and reasonable, the above-captioned action shall be dismissed in its entirety, with prejudice, in accordance with the terms of the Settlement Agreement.

SAPIR SCHRAGIN LLP
*ATTORNEYS FOR PLAINTIFF*
399 Knollwood Road, Suite 310
White Plains, New York 10603
(914) 328-0366

By: _____
    Howard Schragin, Esq.

Dated: 7/11/2013

JACKSON LEWIS LLP
*ATTORNEYS FOR DEFENDANTS*
58 South Service Road, Suite 410
Melville, New York 11747
(631) 247-0404

By: _____
    Jeffrey W. Brecher, Esq.

Dated: 7/29/13

SO ORDERED on this 31st day of July, 2013

_____
United States District Judge